Jody I. LeWitter  #124794
Heather Conger  #244958
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
Telephone:  510-452-5000
Fax:   510-452-5004
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE SHEA,<br><br>    Plaintiff,<br><br>v.<br><br>INCISIVE MEDIA, a foreign corporation,<br><br>    Defendants. | Case No. CV 09 1110 VRW<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION**<br><br>First Amended Complaint filed: 02/13/2009 |

### STIPULATION

WHEREAS, the parties in this matter have agreed to attend a mediation, pursuant to this Court's Alternative Dispute Resolution Program, and

WHEREAS, this Court has ordered that this matter by mediated by October 28, 2009, and

WHEREAS, counsel for plaintiff has advised the defendant the plaintiff has suffered unexpected medical circumstances which has made it impossible for her to participate in her case and/or prepare for or attend a mediation session at this time, and the exact date by which she may do so it yet unknown, and

WHEREAS, counsel for plaintiff hopes to be able to adequately determine and advise defendant as to when plaintiff may be able to so participate sometime in November;

---
1
STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION; Case No. CV 09 1110 VRW

1  IT IS HEREBY STIPULATED that the date for conducting a mediation session through
2  the Court's ADR program is extended until December 15, 2009.

4  Dated: October 1, 2009                MILLER LAW GROUP
                                         A Professional Corporation

7                                        By:      /s/_____
                                            Kerry McInerney Freeman
                                            Attorneys for Defendant
8                                           INCISIVE MEDIA, LLC

10 Dated: October 1, 2009                SIEGEL & LEWITTER

12                                       By:      /s/_____
                                            Jody I. LeWitter
                                            Attorneys for Plaintiff
13                                          CORINNE SHEA

## ORDER

It is hereby ordered that the date for completion of a mediation under the Court's ADR program is hereby extended until December 15, 2009.

Dated: 10/19/2009

The Hon.
United S[tates]

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Siegel & LeWitter
1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)