Jody I. LeWitter  #124794
Heather Conger  #244958
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
Telephone:   510-452-5000
Fax:   510-452-5004
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE SHEA,<br><br>        Plaintiff,<br><br>    v.<br><br>INCISIVE MEDIA, a foreign corporation,<br><br>        Defendants. | Case No. CV 09 1110 VRW<br><br>**STIPULATION AND ORDER EXTENDING ALL DATES INCLUDING TRIAL, PRETRIAL AND MEDIATION**<br><br>First Amended Complaint filed: 02/13/2009 |

STIPULATION

WHEREAS, the parties in this matter have appeared for an original Case Management Conference, and

WHEREAS, the court has entered a Pretrial Scheduling Order dated August 24, 2009, and

WHEREAS, this Court has ordered that this matter be mediated by December 15, 2009 (which mediation date was changed once, from, October 28, 2009 until December 15, 2009, due to the underlying medical problems referenced below), and

WHEREAS, the Court has set a trial date of September 13, 2010 for this matter, and

WHEREAS, the plaintiff has suffered from serious and ongoing medical problems that have made it impossible for her to participate in her case and/or prepare for or attend a

*Siegel & LeWitter*

*1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004  (fax)*

1
STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION; Case No. CV 09 1110 VRW

1  mediation session and/or prepare for or attend a deposition, and

2  WHEREAS, current medical circumstances still prevent the plaintiff from participating
3  in her case, and it is hoped, if medical progress is made, that she will be able to participate in
4  January or February of 2010, and

5  WHEREAS, in order to accommodate plaintiff's medical circumstances, and to permit
6  the case to proceed with depositions, medical and all discovery and motion work, all dates in
7  this matter need to be vacated and reset;

8  IT IS HEREBY STIPULATED by and between the parties that all current dates in this
9  matter be and are vacated, that the date for conducting a mediation session through the Court's
10 ADR program is extended until March 31, 2010, that the trial date in this matter is reset to
11 February 28, 2011 and that the pretrial conference is reset for ~~January 19, 2011~~ **JANUARY 20, 2011 at 3:30 PM** and that this
12 court's Pretrial Scheduling Order is hereby modified accordingly.

13

14 Dated:  December 15, 2009                MILLER LAW GROUP
15                                          A Professional Corporation
16
17                                          By:   /s/  Kerry McInerney Freeman
                                                  Kerry McInerney Freeman
18                                                Attorneys for Defendant
19                                                INCISIVE MEDIA, LLC

20
21 Dated:  December 15, 2009                SIEGEL & LEWITTER
22
23                                          By:   /s/   Jody I. LeWitter
                                                  Jody I. LeWitter
24                                                Attorneys for Plaintiff
25                                                CORINNE SHEA

26 ///
27 ///
28 ///

*Siegel & LeWitter*
1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)

2
STIPULATION AND ORDER EXTENDING DATE FOR MEDIATION; Case No. CV 09 1110 VRW

ORDER

It is hereby ordered that all current dates in this matter be and are vacated, that the date for conducting a mediation session through the Court's ADR program is extended until March 31, 2010, that the trial date in this matter is reset to February 28, 2011 and that the pretrial conference is reset for ~~January 19, 2011~~ **JANUARY 20, 2011 at 3:30 PM.** and that this court's Pretrial Scheduling Order is hereby modified accordingly.

Dated: 12/28/2009



Honorable Vaughn R Walker
United States District Judge

*Siegel & LeWitter*

1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)