**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12          IN THE UNITED STATES DISTRICT COURT
13        FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15
CORINNE SHEA,                          No   C 09-1110 VRW
16
         Plaintiff,                         ORDER
17
         v
18
INCISIVE MEDIA, a foreign
19 corporation,
20         Defendant.
                                        /
21
22        On March 15, 2010, plaintiff's counsel, citing a

23 "breakdown of the attorney-client relationship," filed a motion to

24 withdraw as counsel for plaintiff.  Doc #24.  Defendant, on April

25 22, filed a statement of non-opposition to plaintiff's counsel's

26 motion.  Doc #29.

27 *//*

28 *//*

**United States District Court**
For the Northern District of California

1         Having considered the matter, the court GRANTS

2   plaintiff's counsel's motion to withdraw, Doc #24, provided that,

3   pursuant to Civ LR 11-5(b), counsel shall continue to accept papers

4   for forwarding purposes until plaintiff appears by other counsel or

5   pro se.  The above-captioned matter is hereby CONTINUED until July

6   1, 2010 so that plaintiff may retain new counsel.

7         Defendant is ORDERED to file, on or before July 15, 2010,

8   a five-page case management statement and proposed schedule

9   pursuant to Civ LR 16-9.  Plaintiff shall file a reply of no more

10  than five pages to defendant's case management statement on or

11  before July 22, 2010.

12        The previous scheduling orders, Doc ##17, 18 and 23, are

13  VACATED, as is the hearing scheduled for May 13, 2010.

14        The parties are ORDERED to attend a case management

15  conference on August 5, 2010 at 3:30 PM, at which time the court

16  will set a new case management schedule.

17

18        IT IS SO ORDERED.

19

20  _____

21  VAUGHN R WALKER
    United States District Chief Judge

22

23

24

25

26

27

28

**2**