IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORINNE SHEA,                               No   C 09-1110 VRW

    Plaintiff,                           ORDER

    v

INCISIVE MEDIA,

    Defendant.
_____/

    On April 27, 2010, the court ordered plaintiff to submit a responsive case management statement not later than July 22, 2010 and appear at a case management conference before the undersigned on August 5, 2010.  Doc #30 at 2.  Plaintiff failed to submit a case management statement and failed to appear at the case management conference.

    Accordingly, plaintiff is hereby ORDERED to SHOW CAUSE in writing on or before August 27, 2010 why the case should not be dismissed for failure to prosecute.  Failure to respond to this order within the time specified will result in dismissal.

    IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge