IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
CORINNE SHEA,                             No   C 09-1110 VRW

         Plaintiff,                            ORDER

         v

INCISIVE MEDIA, a foreign
corporation,

         Defendant.
                                      /
```

On August 12, 2010 the court issued plaintiff to show cause why the above-captioned matter should not be dismissed for failure to prosecute. Doc #36. Plaintiff has not responded and the deadline for doing so has passed. Accordingly, the court DISMISSES this action pursuant to FRCP 41(b). The clerk is DIRECTED to terminate all motions and to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge